# *Raymond L. Colón, Esquire*

Of Counsel to The Cochran Firm

*Attorney and Counselor at Law*
*233 Broadway, 5th Floor • New York • New York 10279*
*Phone (212) 964-8030 Fax (212) 964-2575*
*rlcolonesq@aol.com*

*Member New York and New Jersey Bars*

September 16, 2010

<u>VIA ECF</u>
Honorable Dora L. Irizarry
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    USA v. Hiciano, et al.
               Defendant: Miguel Santos
               Docket No.: 06-cr-265-DLI-8

Dear Judge Irizarry,

      We are respectfully requesting an adjournment of tomorrow's previously scheduled proceeding regarding the defendant Miguel Santos. As per the Court's directive, I have met with my client as well as members of his family in order to thoroughly assess and discuss all aspects of a viable and knowing guilty plea allocution before your Honor.

      However, as a result of an emergency room hospitalization and subsequent surgical procedure that I underwent on September 13th, I will need additional time up through September 28, 2010 to meet with my client and discuss some final details.

      The Government has graciously consented to our request and the defendant consents to this adjournment and the exclusion of time in the interest of justice.

                                                               Respectfully,

                                                               /s/
                                                        _____
                                                        Raymond L. Colón, Esq.

Cc: AUSA Anthony M. Capozzolo